William J. SWIFT, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2013–7035.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2014.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Acting Assistant Attorney General, and Jeanne E. Davidson, Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Meghan D. Alphonso, Attorney, United States Department of Veterans Affairs, of Washington, DC.

LOURIE, DYK, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**